**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00904-CMA-CBS

ASHLEY JOHNSON,

    Plaintiff,

v.

SIMM ASSOCIATES, INC., a Delaware corporation,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice of Dismissal With Prejudice (Doc. # 9), it is hereby

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

    DATED:  July   11  , 2012

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge